# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**United States of America,**

      **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　　　**Case No. 12-20015-05-JWL**

**Tamara Ledom,**

      **Defendant.**

## MEMORANDUM AND ORDER

Defendant moves for an extension of time to appeal (doc. 509) the court's October 28, 2022 memorandum and order denying compassionate release. The court's authority to extend the initial 14-day period for appeal is limited. *United States v. Verdin-Garcia*, 707 Fed. Appx. 559 (10th Cir. Dec. 20, 2017). "Upon a finding of excusable neglect or good cause," the district court may extend the time to file a notice of appeal for only an additional 30 days beyond the expiration of the initial 14-day period. *Id*. (citing Fed. R. App. P. 4(b)(4)). Thus, the court can extend the time for defendant to file her notice of appeal to no later than December 14, 2022 upon a showing of excusable neglect or good cause.[1] In response to the motion, the government concedes that defendant has demonstrated excusable neglect and does not oppose defendant's motion for an

---

[1] Defendant's notice of appeal regarding the October 28, 2022 memorandum and order had to be filed by November 14, 2022. *See* Fed. R. App. P. 26(a)(1)(C) ("[I]f the last day is a Saturday, Sunday, or legal holiday, the period continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday."). An additional 30 days beyond the November 14, 2022 deadline results in a filing deadline of December 14, 2022.

extension of time. The court, then, grants the motion as unopposed and defendant's deadline to appeal is extended to December 14, 2022.

**IT IS THEREFORE ORDERED BY THE COURT THAT** defendant's motion for an extension of time to appeal the court's October 28, 2022 memorandum and order (doc. 509) is granted as unopposed and the deadline is extended to **December 14, 2022.**

**IT IS SO ORDERED.**

Dated this  7th   day of December, 2022, at Kansas City, Kansas.

                                              s/ John W. Lungstrum
                                              John W. Lungstrum
                                              United States District Judge