**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

**United States of America,**

        **Plaintiff,**

**v.**                           **Case No. 12-20015-05-JWL**

**Tamara Ledom,**

        **Defendant.**

**MEMORANDUM AND ORDER**

    After filing an appeal on his client's behalf, defendant's counsel has moved to withdraw as counsel and for the appointment of an appellate defender (doc. 516).  The motion is denied.   As the Circuit notified counsel after docketing the appeal, see doc. 515, defendant's counsel has 14 days from the date of the Circuit's letter to either file a motion to continue the CJA appointment or file a motion to withdraw per 10th Cir. R. 46.3(B).  Those motions, however, must be filed with the Circuit and not the district court.  See 10th Cir. R. 46.3(A) (explaining that Circuit must give permission to withdraw).  The motion, then, is denied.

    **IT IS THEREFORE ORDERED BY THE COURT THAT** defendant's motion to withdraw as counsel and appointment of appellate counsel (doc. 516) is denied.

    **IT IS SO ORDERED.**

    Dated this  16   day of December, 2022, at Kansas City, Kansas.

s/ John W. Lungstrum
John W. Lungstrum
United States District Judge